# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIKE RIOS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COUNTY OF RIVERSIDE, et al.,<br><br>　　　　Defendants. | Case No. ED CV 16-1771-DSF (SP)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, records on file, and the Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a de novo review of those portions of the Report to which plaintiff has objected. The Court accepts the findings and recommendation of the Magistrate Judge.

　　　IT IS THEREFORE ORDERED that defendants' Motion for Summary Judgment (docket no. 47) is granted, and Judgment will be entered dismissing the Complaint and this action with prejudice.

DATED: April 2, 2020

　　　　　　　　　　　　　　　　　　　／s／ Dale S. Fischer
　　　　　　　　　　　　　　　　　　　HONORABLE DALE S. FISCHER
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE