# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MIKE RIOS, | ) | Case No. ED CV 16-1771-DSF (SP) |
| Plaintiff, | ) | |
| v. | ) | **JUDGMENT** |
| COUNTY OF RIVERSIDE, et al., | ) | |
| Defendants. | ) | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Complaint and this action are dismissed with prejudice.

Dated: April 2, 2020

_____
HONORABLE DALE S. FISCHER
UNITED STATES DISTRICT JUDGE